# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Laura Fashing

United States Magistrate Judge

Clerk's Minutes – Initial Appearance

| | | | |
|---|---|---|---|
| Date: | 6/1/2016 | Case Number: | CR 16-2370 MCA |
| Case Title: USA v. | William Detwiler | Liberty: | Gila @ 10:57 |
| Courtroom Clerk: | N. Maestas | Total Time: | 5 minutes |
| Probation/Pretrial: | Sandra Avila-Toledo | Interpreter: | n/a |

**ATTORNEYS PRESENT:**

| | | | |
|---|---|---|---|
| Plaintiff: | Eva Fontanez | Defendant: | Pro Se |

**PROCEEDINGS:**

- ☐ Defendant Sworn
- ☒ Defendant received copy of charging document
- ☒ Defendant advised of rights and penalties
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain
- ☒ Defendant remanded to the custody of the United States Marshal's Service
- ☒ Arraignment/Detention   Gila   6/2/2016   @ 9:30 a.m.
- ☐ Other: